DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEBORAH DIDIA** and **RAYMOND DIDIA,**
Appellants,

v.

**CLIFTON LAWRENCE** and **QUEST PROPERTY MANAGEMENT SOLUTIONS, INC.,**
Appellees.

No. 4D16-2135

[September 28, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Croom, Judge; L.T. Case No. 2012CA002853.

Marjorie Gadarian Graham of Marjorie Gadarian Graham, P.A., Palm Beach Gardens, for appellants.

Lyman H. Reynolds, Jr. and George P. Roberts, Jr. of Roberts Reynolds Bedard & Tuzzio, PLLC, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***